**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1257**

———————

ALBERT R. THOMAS, SR.,

Plaintiff - Appellant,

versus

MARJORIE L. CLAGETT, Judge; WARREN J. KRUG,
Judge; ROBERT GRAY, Attorney, Individually and
Jointly,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-99-34-AW)

———————

Submitted:  May 13, 1999

Decided:  May 19, 1999

———————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Albert R. Thomas, Sr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Albert Thomas, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. §§ 1983, 1985 (West 1994 & Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Thomas v. Clagett</u>, No. CA-99-34-AW (D. Md. Jan. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>